Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 70.235.143.45,<br><br>Defendant. | Case Number: 4:26-cv-00159-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this e*x-parte* application for entry of an order extending the time within which to effectuate service on John Doe Defendant and to continue the Initial Case Management Conference currently scheduled for April 13, 2026, and states:

1.     This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2.     On January 20, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion") on Defendant's ISP.

Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 4:26-cv-00159-YGR

3.    On February 24, 2026, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. Plaintiff issued the subpoena on or about March 9, 2026 and, in accordance with the time allowances provided to both the ISP and the Defendant, expects to receive the ISP response on or about April 23, 2026.

4.    Pursuant to the Court's Initial Case Management Scheduling Order with ADR Deadlines filed January 13, 2026, originally there was a Case Management Conference scheduled for April 13, 2026 at 2:00 p.m. On February 23, 2026, the Clerk issued a notice advancing the time of the April 13, 2026 conference to 11:00 a.m.

5.    Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than April 7, 2026.  Because Plaintiff does not expect to receive the ISP response until April 23, 2026, Plaintiff is unable to comply with the current deadline to effect service of process.

6.    Prior to the Initial Case Management Conference, the parties are required to confer and submit to the Court a proposed Case Management Statement.  Because Defendant's identity is currently unknown to Plaintiff, Plaintiff is unable to anticipate the specific information required in the proposed Case Management Statement, including issues such as timing, electronic discovery, or even whether Plaintiff will ultimately proceed against Defendant.

7.    For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended sixty (60) days from April 23, 2026 (the date Plaintiff expects to receive the ISP response), and thus the deadline to effect service be extended to June 22, 2026, and that the Initial Case Management Conference currently scheduled for April 13, 2026 be continued to July 20, 2026 at 2:00 p.m., or a date thereafter convenient for the Court's calendar.  This extension should allow Plaintiff time to receive the ISP response, conduct a further investigation to assist in

Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 4:26-cv-00159-YGR

determining whether the individual identified by the ISP is the appropriate defendant for this action and, if a good faith basis continues to exist, to proceed against that individual, (or someone else), amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process on the Defendant.

8.    This application is made in good faith and not for the purpose of undue delay.

9.    This is Plaintiff's first request for an extension and continuance of the Initial Case Management Conference.  None of the parties will be prejudiced by the granting of this request.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until June 22, 2026 and that the Initial Case Management Conference currently scheduled for April 13, 2026 be continued to July 20, 2026 at 2:00 p.m., or a date soon thereafter convenient to the Court's calendar. A proposed order is attached for the Court's convenience.

Dated: April 2, 2026                          Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, PC**
Attorney for Plaintiff
Strike 3 Holdings, LLC

Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 4:26-cv-00159-YGR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 70.235.143.45,

                Defendant.

Case Number: 4:26-cv-00159-YGR

Honorable Yvonne Gonzalez Rogers

[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for April 13, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 22, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for April 13, 2026 is continued to July 20, 2026 at 2:00 p.m.

**DONE AND ORDERED**.

Dated: April 10, 2026

By _____
**United States District Judge**
Hon. Yvonne Gonzalez Rogers

1

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 4:26-cv-00159-YGR